**No. 59806.**—Dmitrovsky Bros., Inc., et al. *v.* United States, protests 941943–G, etc. (New York).

Opinion by WILSON, J. It was stipulated that the items marked "A" consist of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) and that the items marked "B" consist of lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643). Accepting this stipulation as a statement of fact and following the cited decisions, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*.

**No. 59807.**—Acme Imitation Stones, Ltd., and H. W. Robinson & Co., Inc., et al. *v.* United States, protests 244847–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of chalk-white stones, faceted, similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiffs was sustained.